U.S. DISTRICT COURT N.D. OF N.Y.
FILED
FEB - 9 2015
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

| United States | Case 6:15-CV-0018 | Request: File electronically |
|---|---|---|
| v | Re: 5:11-CR-602 | on court docket |
| Joseph Jenkins | (original written answer) | of this case ✓ |

## Affidavit in objection to writ of garnishment

1. I Joseph Jenkins, defendant in above referenced case numbers object to the United States of America and The United States district court in Northern New York (and clerk of the court) attempting to enforce the judgment entered on November 12, 2014 in case number (5:11-cr-602) pending outcome of appeal (14-4295) of the case entered on or about November 18, 2014 of the final judgment.

2. The case was appealed on grounds (see 5:11-cr-602 filings #188, 186, 182) of Usurpation, Lack of Subject Matter Jurisdiction, Fraudulent Conduct by Government officials, Suspicion the presiding judges are 'tools' of the US government specifically selected for lack of wit and integrity required to obtain an unlawful arrest, conviction and judgment which would effectively void (the judgment)(6:15-cv-0018) under among other things Fed. R. Civ. P. Rule 60 (b)(d).

3. This sham litigation in US district court (a) invaded the jurisdiction of the Canadian Court case (6V7N3) (b) Tampered with evidence under process and litigation (c) comprimised the ongoing proceeding financially, right to acquittal (d) violated privacy rights in both countries (e) restrained me of liberty without due process of law in the United States (f) pronounced it's inferior judgment on the pending court case subject matter.

4. Considering all of the above, I request an (Rule 62(c)) Injunction pending the appeal of the final judgment and order on case (6:15-cv-0018) against the enforcement of United States judgment, which was obtained under "Fraud on Court" doctrine or Rule 60.

5. I will serve a written copy on the (this document) United States and Ameriprise Financial Services.

6. I request advance notification of any hearing pursuint to 28 USCS 3205

Joseph Jenkins, defendant
February 4, 2015

