IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        F I L E D
        FEB 1 2 2015
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

UNITED STATES OF AMERICA,
        Plaintiff,

        v.                              Civil Court No. 6:15-CV-0018
                                        Criminal Case No. 5:11-CR-000602-001

Ameriprise Financial,                 **ANSWER OF THE GARNISHEE**
        Garnishee,
Joseph Jenkins,
        Defendant.

STATE OF _Minnesota_    )
COUNTY OF _Hennepin_   ) ss.:

_____, being duly sworn deposes and says:

**A.**    **GARNISHEE IS:** (check one)

    ☐ **INDIVIDUAL:**    I am the Garnishee herein doing business in the name of

    _____.
                                 (Company Name)

    ☐ **PARTNERSHIP:** I am _____ of a partnership
        of which Garnishee is a partner.    (Position/Title)

    ☐ **CORPORATION:** I am the _____ of
                                       (Position/Title)
    Garnishee, a corporation, organized under the laws of the State of New York.

**B.**    On _____, Garnishee was served with the Writ of Garnishment for
the pay period in effect on the date of service: _____.
                                                      (Pay Period Date)

(1) Defendant is in employ: ___ Yes _X_ No: Date terminated:_____

(2) Pay period is: ___ weekly; ___ bi-weekly; ___ semi-monthly; ___ monthly

Enter date present pay period began: _____

Enter the date above pay period ends: _____

**Present means the pay period in which this order and notice of garnishment were served**

(3) Enter amount of net wages. Calculate below:

    (a) Gross Pay                                    $ _____

    (b) Federal Income Tax                     $ _____

    (c) F.I.C.A. Income Tax                     $ _____

    (d) State Income Tax                         $ _____

    (e) City/Local Income Tax                  $ _____

    Total of tax withholdings                   $ _____

    **Disposable Earnings**                        $ _____
    **{Line (a) less total of Lines (b,c,d,e)}**
    **(f) 25% of disposable earnings**           $ _____

(4) Have there been previous garnishments which are presently in effect, including, but not limited to, child support and alimony? ___ Yes _X_ No
Describe:

C. The Garnishee has custody, control or possession of the following property (other than disposable earnings indicated above) in which Debtor maintains an interest described below:

| | Description of Property | Approx. Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | Brokerage Acct | $ 31617.25 | IRA |
| 2. | Ameriprise One Acct | $ 25383.51 | Sole Ownership |
| 3. | | $ | |

D.*** Garnishee anticipates owing to the judgment-debtor in the future, the following amounts from wages or other compensation:

**Amount**                              **Estimate date or Period Due**

$ _____                        _____

$ _____                        _____

$ _____                        _____

    E.    Check the applicable line below <u>only</u> if you <u>deny</u> that you hold wages or property subject to this order of garnishment:

\_\_ Garnishee makes the following claim of exemption on the part of Defendant:

_____

\_\_ Has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____

\_\_ Garnishee is in no manner and upon no account indebted or under liability to the defendant, Joseph Jenkins, and Garnishee does not have in his/her possession or control any wages or property belonging to the defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

    F.    The Garnishee mailed a copy of this answer by first-class mail to (1) the Defendant named in the documents I received and (2) the attorney for the United States, William F. Larkin, Assistant U.S. Attorney, P.O. Box 7198, 100 South Clinton St., Syracuse, NY 13261-7198.

_____
Signature

Sworn to before me this
day of _February 10_, 2015

_____
Notary Public

CRAIG MATTHEW VRAA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2017

53850 AMP Financial Ctr.
Mpls, MN 55474
Address of Garnishee

612-678-6148
Phone Number w/Area Code

