United States v Jenkins
6:15-cv-0018
Northern District New York

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 18 2015
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Notice of manual filing

Text Reply:

Defendant requested for reasons previously given (doc #7) (Deeply corrupted district court proceedings) this issue be addressed by council in the second circuit. Injunction should include usurped Canadian Provincial Court proceeding (6V2N3). Defendant suspects bad faith motives in district court (sudden) intrest in matter. Defendant withdraws as 'pro se' council in matter. Appellate council (14-4295) should be consulted. Defendant lacks patience for district court antics.

Copy to  Ameriprise Financial
53850 Ameriprise Financial Center
Minneapolis, MN 55474

Joseph Jenkins
3-12-15

Joseph Jenkins (28990)
6075 Judd Rd
Oriskany NY 13424

**ONEIDA COUNTY JAIL INMATE MAIL**

Federal District Court
PO Box 7368
Syracuse NY 13202

13261736868

SYRACUSE NY 130
16 MAR 2015 PM 11

MAR 18 2015

FOREVER / USA