IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
           Plaintiff,

    v.                                          Civil Court No. 6:15-CV-0018 (GTS/TWD)
                                               Criminal Case No. 5:11-CR-000602-001

Ameriprise Financial,
           Garnishee,

Joseph Jenkins,
           Defendant.

## GARNISHEE ORDER

      A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on February 12, 2015, stating that at the time of the service of the writ, Garnishee had in their possession or control earnings or personal property belonging to and due defendant, to wit.

      Ameriprise Financial, holding two accounts in the approximate total value of $57,000.00, belonging to defendant – (1) IRA brokerage account, account no. xxxx8838 - $31,617.25; and (2) Ameriprise One Account, account no. xxxx7912 - $25,383.51.

      On January 30, 2015, the defendant was notified of a right to a hearing, and defendant submitted an objection to the Garnishment which contained a request for an injunction, enjoining the enforcement of the Judgment. This objection was overruled by this Court by Decision and Order dated August 25, 2015 (Dkt. 15).

      IT IS ORDERED that Garnishee, Ameriprise Financial, pay over the sums as stated above, as is due to plaintiff, United States of America, and continue to withhold and pay over to the United States of America, such additional non-exempt personal property belonging to defendant, less any required withholding, as should come into the Garnishee's possession or control in the future until the above-referenced judgment is either paid in full, or otherwise satisfied, or until a court order quashes the writ, or exhaustion of property in possession or control of the garnishee occurs.

U.S.A. v. Ameriprise Financial, et al.
Civil Court No. 6:15-CV-0018 (GTS/TWD)
Garnishee Order
Page 2

    IT IS FURTHER ORDERED that the Garnishee pay over such property to plaintiff, UNITED STATES OF AMERICA, through the CLERK, UNITED STATES DISTRICT COURT, by remitting said payment to Clerk, U.S. District Court, Federal Building, P.O. Box 7367, 100 South Clinton St., Syracuse, NY 13261-7367. Balance due on judgment as of August 31, 2015, is $52,255.45
.

Dated:  September 3     , 2015
       Syracuse, New York

                                        _____
                                        HON. GLENN T. SUDDABY
                                        United States District Judge